UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE, | No. 2:19-cv-2056 KJM CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. HENRY, et al., | |
| Defendants. | |

    Plaintiff, a prisoner at California State Prison, Sacramento is proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff is proceeding on claims for damages arising under the Eighth Amendment against four correctional officers employed at California State Prison, Sacramento.

    Plaintiff asks that the court order defendants to file their answer. Defendants have indicated that they will waive service of process and have been granted until July 2, 2020 to do so. Accordingly, defendants are not yet required to file a response to plaintiff's complaint. <u>See</u> Fed R. Civ. P. 12(a).

    Plaintiff also asks that defendants be ordered to "stay away" from plaintiff. While courts have the authority under the "All Writs Act," 28 U.S.C. § 1651, to issue orders "necessary or appropriate in aid of their respective jurisdictions" plaintiff does not point to facts suggesting his

/////

ability to litigate this action is currently being impacted in any way by the actions of defendants. Therefore, plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 11, 2020 motion (ECF No. 20) is denied.

Dated: June 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow2056.awa