UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE, | No. 2:19-cv-2056 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. HENRY, et al., | |
| Defendants. | |

Plaintiff has filed a "motion for summary judgment" which is essentially a motion for default judgment.  The court has reviewed the docket: defendants have missed no deadlines, have filed timely waivers of service of process on July 2, 2020, and their answer is not yet due.  Accordingly, plaintiff's motion (ECF No. 24) is frivolous and is denied.  Plaintiff is cautioned that if he files frivolous motions in the future, sanctions may issue.

Dated: July 7, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow2056.msj